STEVEN B. WOLFSON
District Attorney
CIVIL DIVISION
State Bar No. 001565
By: YOLANDA T. GIVENS
Chief of Litigation Services
State Bar No. 004434
500 South Grand Central Pkwy., 5th Floor
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Yolanda.Givens@ClarkCountyDA.com
Attorneys for Defendant THE COUNTY OF CLARK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ALEXANDER MAHE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., a foreign corporation;<br>OFFICER DARRIN KAPLAN, an individual;<br>OFFICER CHRISTIAN BELT, an individual;<br>OFFICER CHRISNAR SOK, an individual;<br>THE COUNTY OF CLARK, a political<br>subdivision of the State of Nevada; and DOES 1<br>thorugh 10,<br><br>　　　　　Defendants. | Case No: 2:16-cv-00736-JCM-GWF<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS** |

　　　COMES NOW Defendant CLARK COUNTY, by its attorney STEVEN B. WOLFSON, District Attorney, through YOLANDA GIVENS, Deputy District Attorney, and and hereby requests removal from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-captioned matter.

　　　Defendant Clark County was dismissed from this action via the Stipulation and Order for Dismissal of Defendant Clark County with Prejudice (Docket # 26) on June 10, 2016. It is no longer necessary that Counsel receive CM/ECF notice on ongoing proceedings.

///

///

///

Accordingly, the undersigned Counsel requests to be removed from the CM/ECF Service list in this matter, USDC Case No: 2:16-cv-00736-JCM-GWF.

DATED this 22nd day of June, 2016.

        STEVEN B. WOLFSON
        DISTRICT ATTORNEY

By: _____
    YOLANDA T. GIVENS
    Chief of Litigation Services
    **CIVIL DIVISION**
    State Bar No. 004434
    500 S. Grand Central Pkwy. 5th Flr.
    Las Vegas, Nevada 89155-2215
    Attorney for Defendant The County of Clark

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 23, 2016