UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON ALEXANDER MAHE,<br><br>                                Plaintiff(s),<br><br>     v.<br><br>NAPHCARE, INC., et al.,<br><br>                                Defendant(s). | Case No. 2:16-CV-736 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *Mahe v. Kaplan et al.*, case number 2:16-cv-00736-JCM-PAL.

Without first seeking leave to exceed page limits, plaintiff Jason Mahe filed a thirty-nine (39) page response (ECF No. 23) to defendant Naphcare, Inc.'s motion to dismiss (ECF No. 9).

Local Rule 7-3(b) sets a 24-page limit for responses to motions, excluding exhibits. "A motion to exceed these page limits must be filed before the motion or brief is due and must be accompanied by a declaration stating in detail the reasons for, and number of, additional pages requested." LR 7-3(c). Failure to comply with subsection (c) of Local Rule 7-3 results in denial of the request. LR 7-3(c).

Further, district courts have inherent power to control their own dockets, including the power to strike items from the docket. *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010).

In light of the foregoing, the court will strike plaintiff's noncompliant response (ECF No. 23) from the record. Plaintiff will have fourteen (14) days from the entry of this order to file a response that complies with the federal and local rules. Thereafter, defendant will have seven (7) days to file a reply, if any.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED that plaintiff's response (ECF No. 23) be, and the same hereby
3  is, STRICKEN from the record.

4  IT IS FURTHER ORDERED that plaintiff shall file a response that complies with the
5  federal and local rules within fourteen (14) days of the date of this order.  Defendant shall file a
6  reply, if any, within seven (7) days thereafter.

7  DATED October 3, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**